IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PLEXICOAT AMERICA LLC,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **No.: 13-cv-3887** |
| | : | |
| **PPG ARCHITECTURAL FINISHES, INC.,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this  13th  day of January, 2015, upon consideration of Defendant's Motion to Compel (ECF No. 25),[1] and Plaintiff's opposition thereto (ECF No. 28), and for the reasons stated in the Memorandum Opinion filed this date, **IT IS HEREBY ORDERED** that the motion is **GRANTED** with respect to the request Interrogatory Number 5 and Request for Production of Documents Numbers 8 and 12, and **DENIED** in all other respects.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

---

[1] By Order entered November 4, 2014, the Honorable C. Darnell Jones referred Defendant's motion to the undersigned for disposition. (ECF No. 26).